

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff/Respondent, vs. WILLIE ANTOINE REDD, Defendant/Movant. | Cause No. CR 13-45-BLG-SPW<br>CV 16-65-BLG-SPW<br><br>ORDER DENYING § 2255 MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

On May 31, 2016, Defendant Redd filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. Redd is a federal prisoner proceeding pro se.

Redd was convicted of being a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). At sentencing, his base offense level was determined, in part, by the fact that he had previously been convicted of a crime of violence. *See* U.S.S.G. § 2K2.1(a)(4)(A); Presentence Report ¶ 24. He was sentenced to serve 78 months in prison, to be followed by a three-year term of supervised release. Judgment (Doc. 74) at 2-3.

Based on *Johnson v. United States*, __ U.S. __, 135 S. Ct. 2551 (2015), Redd contends that his sentence should not have been predicated on any prior conviction for a "crime of violence." *See* Mot. § 2255 (Doc. 94) at 1. But Redd

1

was convicted in Colorado in 2008 of felony menacing, a violation of Colo. Rev. Stat. § 18-3-206. *See* Presentence Report ¶ 60. Ninth Circuit law holds that a felony conviction for menacing under Colorado law is categorically a crime of violence because it "has as an element the use, attempted use, or threatened use of physical force against the person of another." *See* U.S.S.G. § 4B1.2(a)(1); *see also* U.S.S.G. § 2K2.1 Application Note 1; *United States v. Melchor-Meceno*, 620 F.3d 1180, 1186 (9th Cir. 2010).

Assuming, as Redd argues, that *Johnson* invalidates sentences imposed in reliance on the residual clause of U.S.S.G. § 4B1.2(a)(*2*), Redd's sentence relied on U.S.S.G. § 4B1.2(a)(*1*). Therefore, *Johnson* does not alter the characterization of Redd's felony conviction for menacing as a "crime of violence."

A certificate of appealability is denied on all issues. Redd's case is controlled by *Melchor-Meceno*, 620 F.3d at 1186.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Redd's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 94) is DENIED for lack of merit.

2. A certificate of appealability is DENIED on all issues. The clerk shall immediately process the appeal if Redd files a notice of appeal.

3. The clerk shall ensure that all pending motions in this case and in CV 16-65-BLG-SPW are terminated and shall close the civil file by entering judgment in

2

favor of the United States and against Redd.

DATED this 1st day of June, 2016.

*Susan P. Watters*
Susan P. Watters
United States District Court